# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEAN O. GRENOBLE,

        Petitioner,    :    Case No. 3:14-cv-104

  - vs -                        District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

SHERRI DUFFEY, WARDEN,
  Hocking Correctional Facility,

                               :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

        It is hereby ORDERED that the Petition is DISMISSED with prejudice as time-barred. Petitioner is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous.

April 29, 2014                        *s/Thomas M. Rose

                                                    Thomas M. Rose
                                          United States District Judge